FILED

2025 Oct-23 AM 09:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT Q

| From: | chris.d.hoehn@gmail.com |
|---|---|
| To: | cmatush@novushomemortgage.com |
| Subject: | Loans_ESign_document_request |
| Mail date: | Thu, 21 Aug 2025 17:53:16 |
| Event date: | Tue, 26 Aug 2025 17:21:35 |
| Attachments: | Loans_ESign_document_request.pdf, Loans_ESign_document_request.pdf |

Here is the LE from the builders lender that we are second for. To recap