FILED
2025 Oct-23 AM 09:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT U

| | |
|---|---|
| From: | chris.d.hoehn@gmail.com |
| To: | aseal@alabamacentral.org |
| Subject: | Re: FW: Chris Hoehn heloc app |
| Mail date: | Wed, 03 Sep 2025 14:09:36 |
| Event date: | Mon, 08 Sep 2025 13:49:40 |
| Attachments: | image001.png, image002.png, image001.png, image002.png |

Also as far as my income goes I'm at 56,000 YTD W2 with Stockton Mortgage. The new job is with Novus mortgage and that starts 9/15.

I will get a 25,000 bonus for that transition which I will now use to take care of the CC debt.

Just making sure the approval person has a good understanding.

On Wed, Sep 3, 2025 at 11:23 Chris Hoehn <chris.d.hoehn@gmail.com> wrote:

> Cool! Thanks!
>
> On Wed, Sep 3, 2025 at 11:03 Amy Seal <aseal@alabamacentral.org> wrote:
>
>> Let me check with loan committee and I will let you know.
>>
>>
>>
>> Thanks
>>
>> Amy Seal
>>
>>
>>
>>
>> ---
>>
>> **From:** Chris Hoehn <chris.d.hoehn@gmail.com>
>> **Sent:** Wednesday, September 3, 2025 11:00 AM
>> **To:** Amy Seal <aseal@alabamacentral.org>

**Subject:** Fwd: FW: Chris Hoehn heloc app

Happy hump day! Since we aren't doing the equity line I'd like to take a look at a vehicle loan. Did find what I'm looking for in Birmingham but would need 15,500-$16,000 to get it. Do you think based on my current income and score we could do that? Let me know and if I can I'm going to run down there tomorrow. Thank you my friend!

Chris

---------- Forwarded message ---------
From: **Chris Hoehn** <chris.d.hoehn@gmail.com>
Date: Thu, Aug 28, 2025 at 15:34
Subject: Re: FW: Chris Hoehn heloc app
To: Amy Seal <aseal@alabamacentral.org>

Thanks Amy! So one of the things I was wanting to do with this was get a $10,000-$15,000 vehicle. Right now my wife and I are sharing a vehicle. Do you think you can pre approve me for that amount for a vehicle purchase?

On Thu, Aug 28, 2025 at 14:22 Amy Seal <aseal@alabamacentral.org> wrote:

> Yes the issue is with the LTV due to your credit score and your score was 651.

Thanks

Amy Seal

---

**From:** Chris Hoehn <chris.d.hoehn@gmail.com>
**Sent:** Thursday, August 28, 2025 2:19 PM
**To:** Amy Seal <aseal@alabamacentral.org>
**Subject:** Re: FW: Chris Hoehn heloc app

Thanks Amy!

I knew those taxes wouldn't help. She still didn't calculate my income correctly. My YTD for 25 is $56,000 and then I'm about to get the $25,000 bonus.

The issue I see is the LTV. What is we my score?

Thank you for looking at it my friend!

On Thu, Aug 28, 2025 at 14:11 Amy Seal <aseal@alabamacentral.org> wrote:

> Hey Chris, see below about what loan committee has come up with on your loan. I am sorry we cant approve you right now so maybe if a few months we can give it another try to see what we can do.

**Thank you**

**Amy Seal**

**Loan Officer**

**Alabama Central Credit Union**

**aseal@alabamacentral.org**

**NMLS 619199**

**MLO 1662978**

**256-332-3000 Ext.1812**

**Https://alabamacentral.org/home-equity-loans/**

**From:** Jennifer Todd <jtodd@alabamacentral.org>

**Sent:** Thursday, August 28, 2025 2:08 PM
**To:** Amy Seal <aseal@alabamacentral.org>
**Cc:** Mortgages <Mortgages@alabamacentral.org>
**Subject:** Chris Hoehn heloc app

Hi,

Based on the information provided we are unable to approve this request. The income on 2022 & 2023 taxes are not in line with current YTD of current job. And we really can't base his income on current job as he has accepted a new job that starts in 2 weeks. Our best suggestion is to possibly re-apply after he has 2024 tax returns filed and has some time and paystubs on new job. Also based on the current credit scores he only would qualify for 80% or below and the LTV doesn't work for that either using the current tax value. He needs to work on paying off some of the debt to get his credit score up as well. Another tip, his wife probably needs to apply with him as the deed is in both names and both incomes/credit could strengthen the application.

Thanks,

# Jennifer Todd

Lending Manager

Alabama Central Credit Union

743 E. Avalon Ave.

Muscle Shoals, AL 35661

Phn: 256-381-9112

Fax: 256-381-9136

NMLS: 1591953

This message contains confidential and proprietary information of the sender, and is intended only for the person(s) to whom it is addressed. Any use, distribution, copying or disclosure by any other person is strictly prohibited. If you have received this message in error, please notify the e-mail sender immediately, and delete the original message without making a copy.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and

small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.