FILED
2025 Oct-23  AM 09:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT AA

| | |
|---|---|
| From: | chris.d.hoehn@gmail.com |
| To: | ██████████ |
| Subject: | Re: Mortgage App Link |
| Mail date: | Sun, 07 Sep 2025 08:35:22 |
| Event date: | Mon, 08 Sep 2025 13:49:08 |
| Attachments: | 1F7CE3FC-788A-4AF6-93E5-9B59639D8A2C.jpeg |

Good morning ████,

Use
cmatush@novushomemortgage.com

This is our loan partner throughout the transition process. His name is Coby Matush. Great guy and we've already worked several loans together.

That being said I am still your main POC. My new Novus email should be active this coming week. I apologize for any confusion.

Thanks!

Chris

On Sun, Sep 7, 2025 at 07:17 JORDO918 <jordo918@gmail.com> wrote:

> Good morning Chris,
>
> I tried both your Gmail and your Stockton email addresses in this box. I want to make sure you get the credit and we are still connected in this process. Do you have another email or should I just hit the "Assign First Available"?
>
> Thanks,



On Sat, Sep 6, 2025 at 11:05 PM Chris Hoehn <chris.d.hoehn@gmail.com> wrote:

███████, good evening. Sorry for the late email. We were at a football game and just made it back home. Here is the app link. You will notice it is through Novus Home Mortgage. We are being acquired by them but very excited about it and thankful for the opportunity.

Nonetheless here is the app. Should take about 15 minutes to fill out. Let me know what time works for a tag up call Monday morning.

Have a great Sunday at church!

Chris

https://myloan.novushomemortgage.com/homehub/signup/genera from_mobile_share=true