FILED

2025 Oct-24  AM 10:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **STOCKTON MORTGAGE CORP.** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **Case No.: 5:25-cv-01840-LCB** |
| | ] | |
| **IXONIA BANCSCHARES INC.** | ] | |
| **d/b/a NOVUS HOME** | ] | |
| **MORTGAGE, et al.,** | ] | |
| | ] | |
| **Defendants.** | | |

## TEMPORARY RESTRAINING ORDER

This matter is before the court on Plaintiff Stockton Mortgage Corporation's ("SMC") motion for a temporary restraining order and preliminary injunction (the "Motion"), the court **GRANTS IN PART** and **DENIES IN PART** the motion and **ORDERS**:

1. The following defendants are collectively referred to herein as the "Individual Defendants":

> a. Logan Hoffman;
> b. Eric Wagner;
> c. Chris Hoehn;
> d. Ashley Hoehn;
> e. Amber O'Rear;
> f. Adam Goode;
> g. Jerry Bryant;
> h. Elizabeth Harrell;

1

      i.  Amanda Leopard;
      j.  Sara Kidd;
      k.  Kim Sherrell;
      l.  Katrina Puryear;
      m. Meg Curlee;
      n.  Emma Amara;
      o.  Leslie Swearengin; and
      p.  Elliot Farmer.

2.     The Individual Defendants are **ENJOINED** from directly or indirectly disclosing or using, for any reason, SMC's confidential and/or proprietary information and trade secrets, including but not limited to such documents and information defined as "Confidential Information" in the Individual Defendants' respective employment agreements with SMC.

3.     The Individual Defendants are **ENJOINED** from directly or indirectly soliciting any client or prospect that has or had a business arrangement or had material business contact with SMC at any time beginning on the date twelve months prior to such Individual Defendant's cessation of employment with SMC.

4.     Notwithstanding the foregoing, the Individual Defendants may continue to serve any client or prospect that has affirmatively contacted (or does affirmatively contact in the future) such Individual Defendant without the Individual Defendant initiating such contact.

5.     The Individual Defendants are **ENJOINED** from directly or indirectly soliciting, recruiting, or hiring for employment any individual who is or was an

employee of SMC beginning on the date twelve months prior to such Individual Defendant's cessation of employment with SMC.

6.      The Individual Defendants are **REQUIRED** to, within five calendar days, return all of SMC's documents and files, whether tangible or electronic, they took or retained following the cessation of their respective employment with SMC.

7.      This order shall remain in effect for fourteen days pursuant to Federal Rule of Civil Procedure 65(b)(2).

**DONE** and **ORDERED** this October 24, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

3