FILED
2025 Oct-31  PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| STOCKTON MORTGAGE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 25-cv-01840-LCB |
| IXONIA BANCSHARES, INC. d/b/a NOVUS HOME MORTGAGE, LOGAN HOFFMAN, ERIC WAGNER, CHRIS HOEHN, AMBER OREAR, ADAM GOODE, JERRY BRYANT, ELIZABETH HARRELL, AMANDA LEOPARD, SARA KIDD, KIM SHERRELL, KATRINA PURYEAR, MEG CURLEE, EMMA AMARA, ASHLEY HOEHN, LESLIE SWEARENGIN, and ELLIOT FARMER, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AGREED PRELIMINARY INJUNCTION

Plaintiff Stockton Mortgage Corporation ("SMC"), and Defendant Ixonia Bancshares, Inc. d/b/a Novus Home Mortgage ("Novus"), by their respective undersigned attorneys, reached an agreement on interim relief pending a trial on the merits in this case and submitted this agreed preliminary injunction order, effective immediately:

1. Novus shall instruct all former SMC loan originators hired by Novus since June 1, 2025, including the Individual Defendants (to the extent such individuals were hired by Novus and remain Novus employees as of the date hereof)

(the "Former SMC Employees"), in writing, not to solicit any current or prospective SMC customers (as defined below) but they may communicate with a current or prospective SMC customer who reaches out on its own affirmatively and unilaterally, in writing, indicates a desire to work with that Former SMC Employee at Novus. It shall not be a violation of this Order if a Former SMC Employee advises a current or prospective SMC customer that he or she no longer works at SMC and has moved to Novus as long as the Former SMC Employee does not encourage the current or prospective customer to come to Novus or discourage them from staying with SMC.  If a current or prospective customer advises a Former SMC Employee verbally that they would like to work with Novus that Former SMC Employee may advise such current or prospective customer to submit a written request to do so. A "current or prospective SMC customer" is one whose credit was pulled through Stockton systems, who was connected with SMC through a lead purchased by Stockton or its employees, who was prequalified by Stockton, or who submitted an application with SMC on or before October 23, 2025.

2.    Novus shall instruct all Former SMC Employees, in writing, not to directly or indirectly input any confidential or proprietary information owned by SMC (as defined in the SMC Employment Agreements ("Confidential Information") into Novus's computer systems or files (either physical or electronic) or to use any Confidential Information in the course of their employment with Novus, unless such SMC current or prospective customer affirmatively and initially unilaterally indicates a desire, in writing, to continue with working with that loan originator at Novus.  Unless related to a current or prospective customer, contact information such as names, phone numbers and email addresses shall not be considered Confidential Information hereunder.

3.    Novus shall not solicit a business relationship with an individual that it knows to be a current or prospective SMC customer who initially interacted with a Former SMC Employee prior to the cessation of such SMC Employee's employment with SMC.  At its option, SMC may provide Novus with a (confidential) list of any such current or prospective SMC customers as of the date hereof (the "Customer List") to identify known individuals. Mass general audience advertisements or mere notices of change in contact information shall not violate this provision.

4.    Novus shall not utilize or rely upon any Confidential Information obtained or taken by the Former SMC Employees from SMC for any purposes whatsoever, including but not limited to any confidential borrower financial documents that were obtained during the Former SMC Employees' employment with SMC. Novus may utilize and rely on any information it obtains from borrowers

directly that may duplicate Confidential Information also held by SMC ("Duplicated Information") without reference to any SMC Confidential Information learned of or taken by the Former SMC Employees.

5.    Excepting any individuals who received written offers of employment from Novus prior to Novus' receipt of notice of this cause of action, Novus shall not during the pendency of this action, solicit or hire any current or former SMC employee who is or was working from or associated with the SMC branches at which the Individual Defendants worked.

6.    To the extent that Novus is aware that it possesses and/or controls any Confidential Information obtained or taken by Former SMC Employees, it shall quarantine and maintain in its original fashion so that can be inspected by SMC subject to any protective order required by applicable privacy laws.

7.    Novus shall maintain all loan origination files, data and communications related to and concerning loans made to current or prospective SMC customers so that same can be inspected by SMC subject to any protective order required by applicable privacy laws.

8.    This order shall not operate to waive or prejudice SMC's rights and remedies or Novus' defenses thereto. Nothing in this order shall require Novus to release consumer information to SMC otherwise required to be kept confidential under applicable privacy laws or to require Novus to enforce provisions of SMC's employment agreements' post termination obligations for the Former SMC Employees to the extent such provisions are unenforceable against such Former SMC Employees.

**DONE** and **ORDERED** this October 31, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE